IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01666-BNB

MARTIN GONZALEZ-HERRERA,

Applicant,

v.

BLAKE DAVIS, Warden, FCI Englewood,,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 18 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Applicant, Martin Gonzalez-Herrera, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Detention Center in Littleton, Colorado. He initiated this action by submitting *pro se* a document titled "Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241."

In an order filed on August 6, 2008, Magistrate Judge Boyd N. Boland ordered Mr. Gonzalez-Herrera to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Gonzalez-Herrera was directed to submit on the proper, Court-approved forms an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, or to pay the $5.00 filing fee. The August 6 order warned Mr. Gonzalez-Herrera that if he failed to cure all the designated deficiencies within the time allowed, the document titled "Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" would be denied, and the action would be dismissed

without further notice. Mr. Gonzalez-Herrera has failed within the time allowed to cure the designated deficiencies as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the document titled "Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241" is denied, and the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 17 day of Sept., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01666-BNB

Martin Gonzalez-Herrera
Reg. No. 31100-013
FDC - Englewood
9595 W. Quincy Ave.
Littleton, CO 80123

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 9/18/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk